# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE No. 4:23-cr-00332 |
| | § | |
| JONATHAN MACIAS CASTILLO | § | |

## AGREED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Jonathan Macias Castillo, moves for a continuance in the sentencing of this case, and in support would show as follows:

Discussions between the Government and the Defense on August 23, 2024 indicate that both sides believe there is additional work that needs to be done prior to sentencing in this matter. Both sides have agreed that it is in the best interests of both parties to postpone sentencing for an additional ninety (90) days, so that ongoing negotiations can be concluded in this matter.

We therefore move that sentencing be continued until a date no earlier than December 9, 2024.

Respectfully submitted,

By: /s/ Clay S. Conrad
Clay S. Conrad
State Bar No. 00795301
LOONEY, SMITH & CONRAD, PC
11767 Katy Freeway, Ste. 740
Houston, TX 77079
Ph.No. (281) 597-8818
Fax.No. (281) 597-8284

## **CERTIFICATE OF SERVICE**

I, Clay S. Conrad, do hereby certify that a true copy of the foregoing instrument was electronically served on the United States Attorney for the Southern District of Texas, Houston Division, on August 27, 2024 through the CM/ECF filing system.

By: /s/ Clay S. Conrad
Clay S. Conrad

## **CERTIFICATE OF CONFERENCE**

When asked for her position on this motion, Shelley Sullivan, the AUSA in charge of this case, who has agreed with the relief requested.

By: /s/ Clay S. Conrad
Clay S. Conrad